UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-95-H

ABDUL R. MUSA                                                 PLAINTIFF

V.

MICHAEL CHERTOFF, et al.                             DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

      Plaintiff, Abdul R. Musa, has brought an action to require the United States Citizenship and Immigration Service ("CIS") to take action on his request for permanent resident status which has been pending since May 30, 2005. Defendants have moved to dismiss.

      This Court recently considered similar issues in *Hanbali v. Michael Chertoff, et al.*, _____ F.Supp. _____ (2007 WL 2407232 W.D. Ky.) (August 17, 2007). The Court adopts the reasoning from that opinion and applies it to the instant case. Therefore, Defendants' motion is denied. The Court reiterates that it is not easy to show an unreasonable delay. Defendants may have many explanations for the delay that would effectively bar the actions proposed against it.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED.

cc: Plaintiff, *Pro Se*
      Counsel of Record